IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| HAROLD SHAWGNESSY SIMS, | * |
| Plaintiff, | * |
| v. | * No. 4:18CV00638-SWW |
| MARTY BOYDE, Sheriff, Craighead County; *et al.* | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. This case is DISMISSED without prejudice.

2. Dismissal counts as a STRIKE, pursuant to 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 31st day of October, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE