IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| HAROLD SHAWGNESSY SIMS, | * |
| Plaintiff, | * |
| v. | * No. 4:18CV00638-SWW |
| MARTY BOYDE, | * |
| Sheriff, Craighead County; *et al.* | * |
| Defendants. | * |

# JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 31st day of October, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE